UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-32822 |
|---|---|
| MARY JO EVERHART | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4035588**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 21 | OSI COLLECTION SERVICES<br>BOX 947<br>BROOKFIELD, WI  53008 | 6.07 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/4/2010

Certificate of Service  07-32822

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| MARY JO EVERHART<br>615 HICKORY HILL LANE<br>CINCINNATI, KY  45215 | G TIMOTHY DEARFIELD<br>8080 BECKETT CENTER DR<br>SUITE 217<br>WEST CHESTER, OH  45069 | (24.1n)<br>BRICE VANDER LINDEN & WERNICK<br>9441 LBJ FREEWAY  STE350<br>DALLAS, TX  75243 |
| (43.1n)<br>EDWARD J BOLL III<br>BOX 5480<br>CINCINNATI, OH  45201 | (29.1n)<br>EMC MORTGAGE<br>% JOE LOZANO<br>BOX 829009<br>DALLAS, TX  75382 | (21.1)<br>OSI COLLECTION SERVICES<br>BOX 947<br>BROOKFIELD, WI  53008 |
| (21.3)<br>OSI COLLECTION SERVICES INC<br>BANKRUPTCY DEPARTMENT<br>BOX 105127<br>ATLANTA, GA  30348 | (31.1n)<br>WILLIAM P COLEY II<br>COLEY & ASSOCIATES CO LPA<br>9334 UNION CENTRE BLVD STE 200<br>WEST CHESTER, OH  45069 | |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv

0732822_42_20101004_0838_278/T317_sv
###